UNITED STATES of America,
Plaintiff–Appellee,

v.

Danny Lee FLECK, Defendant–Appellant.

No. 10–6618.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 13, 2010.

Danny Lee Fleck, Appellant Pro Se. Harry Mason Gruber, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Lee Fleck appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fleck,* No. 1:04–cr–00491–AMD–1 (D.Md. Feb. 18 & Mar. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*